# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:21-mj-00054-JLT |
| Plaintiff, | ORDER THAT PROPERTY BOND BE TRANSFERRED TO THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. | |
| DERIAN SERVIN-DIAZ, | |
| Defendant. | |

On November 17, 2021, defendant Derian Servin-Diaz was released on conditions, including an $85,000.00 secured property bond, and was ordered to report to the United States District Court, Southern District of California, for further proceedings. On November 18, 2021, this Court transferred relevant documents to the Southern District of California. (Doc. 9) On December 27, 2021, Deed of Trust No. 2021-0089810 as to property owned by Marco Valadez Servin was posted as to defendant Derian Servin-Diaz. Given that Mr. Diaz's case is now pending before the Southern District of California, the Court ORDERS the Clerk of Court to transfer the Deed of Trust to the Southern District of California.

DATED: 1/3/2022

*Sheila K. Oberto*
Sheila K. Oberto,
United States Magistrate Judge

1